IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE DIAMOND CONSORTIUM, INC., et al ) | |
| ) | |
| v.  ) | Miscellaneous Case No. 3:18-mc-20 |
| ) | |
| MARK HAMMERVOLD, et al ) | |
| ) | |
| and BOAZ RAMON, Deponent ) | |

**O R D E R**

Pending before the Court is the emergency motion for protective order (Docket No. 11) filed by Mark Hammervold and Hammervold, P.C., which was referred to the undersigned by order of Judge Trauger entered on January 22, 2019. *See* Docket No. 13. The Court is unable to discern the extent to which the deposition of Boaz Ramon proceeded on January 23, thereby rendering the motion for protective order moot. The Diamond Consortium shall therefore promptly, and by no later than January 28, 2019, file a response to the emergency motion for protective order.

Additionally, attorney Afsoon Hagh, counsel of record for Boaz Ramon, has attempted to withdraw by filing a notice of withdrawal (Docket No. 14). However, a notice of withdrawal does not comply with the requirements of Local Rule 83.01(g) for withdrawal as an attorney of record. Until such time as Ms. Hagh complies with Local Rule 83.01(g) and the Court enters an order permitting her to withdraw, she remains as counsel of record for Boaz Ramon.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge