UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE DIAMOND CONSORTIUM, INC. ) <br> D/B/A THE DIAMOND DOCTOR, ET AL ) <br> ) <br>     Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> MARK HAMMERVOLD, ET AL ) <br> ) <br>     Defendants/Counter-Plaintiffs ) <br> ) <br> BOAZ RAMON, ) <br> ) <br>     Deponent. ) | Case No. 3:18-mc-00020 <br> Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, Ramon and Hagh's Objection to the magistrate judge's Report and Recommendation (Docket No. 38) is hereby **SUSTAINED in part**. The plaintiffs' First Motion for Attorney Fees and Costs (Docket No. 9) is hereby **DENIED**.

The Report and Recommendation is otherwise **ADOPTED**, as modified and supplemented herein. The Plaintiffs' Second Motion for Attorney Fees and Costs (Docket No. 28) is hereby **GRANTED**. Ramon and Hagh are **ORDERED**, jointly and severally, to pay fees of $5,265.00 and costs of $2,531.92. The Hammervold Defendants' Motion for a Protective Order (Docket No. 11) is hereby **DENIED** as moot. The plaintiffs' Motion for a Show Cause Order (Docket No. 16) is hereby **DENIED.** Hagh's Motion to Withdraw (Docket No. 19) is hereby **GRANTED**. Ramon's Motion for Extension of Time to File a Response (Docket No. 21) is hereby **DENIED** as moot.

It is so **ORDERED**.

ENTER this 23rd day of May 2019.

                                                                                    ALETA A. TRAUGER
                                                                                    United States District Judge